IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SECURA INSURANCE, A MUTUAL COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 3:19-cv-39 ) |
| WILLIAMS BROS HEALTH CARE PHARMACY, INC.; JOHN COLEMAN | ) ) ) |
| Defendants. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Secura Insurance, a Mutual Company ("Secura"), by counsel, hereby files its Complaint for Declaratory Judgment, and in furtherance thereof states as follows:

## THE PARTIES

1. Secura is a mutual insurance company organized under the laws of Wisconsin. Mutual insurance companies are treated as corporations under Wisconsin law. *See* W.S.A. §§ 611.01, 611.12; *W. Bend Mut. Ins. Co. v. Swain,* 2017 WL 1439680 (W.D. Ky. 2017). Secura's principal place of business is in Appleton, Wisconsin.

2. Defendant John Coleman is an individual residing in Daviess County, Kentucky, and is a citizen of Kentucky.

3. Defendant Williams Bros. Health Care Pharmacy, Inc. ("Williams Bros.") is an Indiana Corporation with its principal place of business in Daviess County, Indiana.

## JURISDICTION AND VENUE

4. This is a Complaint for Declaratory Judgment pursuant to FRCP 57 and 28 U.S.C. § 2201 to determine the rights and/or obligations of the parties pursuant to an insurance contract issued to Williams Bros.

5. Jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because the matter in controversy, exclusive of interest and costs, exceeds $75,000, and this lawsuit is between citizens of different states.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this suit occurred in this judicial district.

## FACTUAL ALLEGATIONS

7. On October 26, 2018, Coleman was an employee of Williams Bros. who worked at the Williams Bros. location in Washington, Indiana.

8. On October 26, 2018, Coleman left the Williams Bros. location in Washington Indiana in a 2007 Ford Econoline E250 van ("the Van") to make a delivery to the Henderson, Kentucky location.

9. As Coleman was making the delivery in the Van, he was involved in an automobile accident with another driver, Benjamin Bentley ("Bentley") ("the Accident")

10. Coleman claims that Bentley was at fault for the Accident, and that Bentley was underinsured.

11. Coleman has submitted a claim for underinsured motorist benefits under the commercial automobile policy issued by Secura to Williams Bros.

12. Secura disputes that it has any obligation to provide underinsured motorist benefits to Coleman because the Policy requested by Williams Bros. and issued by Secura did not provide underinsured motorist coverage for accidents arising from the use of the Van.

## REQUEST FOR DECLARATORY JUDGMENT

13. At the time of the Accident, Williams Bros. maintained an insurance policy with Secura under Policy Number ********512-8. ("Policy") (Exhibit A). The Policy provides underinsured motorist coverage in the amount of $100,000 per accident, but only for vehicles "licensed or principally garaged in" or "auto dealer operations" conducted in Illinois.

14. The Van operated by Coleman at the time of the accident was principally garaged in Indiana at the Williams Bros. location in Washington, Indiana.

15. The Policy does not provide any underinsured motorist coverage for vehicles licensed or principally garaged in Indiana, including the Van.

16. Because the Policy does not provide Underinsured Motorist Coverage for claims arising out of the operation of the Van, Secura is not obligated to provide underinsured motorist benefits to Coleman.

WHEREFORE, Secura Insurance, a Mutual Company prays that this Court enter a judgment against Williams Bros. Health Care Pharmacy, Inc. and John Coleman declaring that Secura Insurance, a Mutual Company has no duty to provide underinsured motorist coverage to John Coleman for his October 26, 2018 lawsuit, for costs of this action, and for all other proper relief in the premises.

WOOTON HOY, LLC

By __/s/ Lewis S. Wooton_____
LEWIS S. WOOTON, #26650-49
Counsel for Plaintiff

WOOTON HOY, LLC
13 N. State St
Greenfield, IN 46140
Phone: 317-318-1685
lewis@wootonhoylaw.com